THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

E.F., by his next friend and parent, GINA FIGARATTO,

      Plaintiff

v.

AMERICA WEST AIRLINES, INC.,

      Defendant

---

AMERICA WEST AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, America West Airlines, Inc. ("AWA") submits the following as its Corporate Disclosure Statement: AWA . is a wholly-owned subsidiary of America West Holdings Corporation, a publicly traded corporation. Other than America West Holdings Corporation, no publicly held corporation owns 10% or more of AWA.'s stock. In addition, no publicly held corporation owns 10% or more of America West Holdings Corporation.

                                                    Respectfully submitted,
                                                    AMERICA WEST AIRLINES, INC.,
                                                    By Its Attorneys,

                                                    Maynard M. Kirpalani, BBO#273940
                                                    Carey Bertrand, BBO#650496
                                                      Wilson, Elser, Moskowitz,
                                                      Edelman & Dicker, LLP
                                                      155 Federal Street
                                                      Boston, MA 02110
                                                      (617) 422-5300

Dated: July 7, 2005

CERTIFICATE OF SERVICE

    I, Maynard M. Kirpalani, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 7th day of July 2005 to:

                                  Matthew J. Donnelly
                                  Donnely & Valente
                                  231 CJC Hwy, Suite 202
                                  Cohasset, MA 02025

                                                      Maynard M. Kirpalani

40539.1