# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110-1727
Tel: (617) 422-5300   Fax: (617) 423-6917

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wemed.com

**Carey Bertrand**
Writer's Ext.: 5424
BertrandC@wemed.com

July 13, 2005

**VIA FIRST CLASS MAIL**
Docket Clerk
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

> Re:   Figaratto v. America West Airlines, Inc.
>       Our File No.          :     00380.00034

Dear Sir or Madam:

Enclosed please find certified copies of all pleadings and docket entries in connection with the above referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Carey L. Bertrand

Cc: Matthew Donnelly, Esq.

40733.1