THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. NO. 05-11391GAO

**E.F., by his next friend and parent, GINA FIGARATTO,**

    **Plaintiff**

**v.**

**AMERICA WEST AIRLINES, INC.,**

    **Defendant**

AMERICA WEST AIRLINES, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant submits as follows: Effective September 27, 2005, defendant America West Airlines, Inc. is a wholly-owned subsidiary of America West Holdings Corporation, which is a wholly-owned subsidiary of US Airways Group, Inc., a publicly held corporation.

        Respectfully submitted,
        AMERICA WEST AIRLINES, INC.,
        By Its Attorneys,

        /s/ Carey Bertrand
        Maynard M. Kirpalani, BBO#273940
        Carey Bertrand, BBO#650496
        Wilson, Elser, Moskowitz,
        Edelman & Dicker, LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

Dated: October 3, 2005

CERTIFICATE OF SERVICE

    I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 3rd day of October 2005 to:

        Matthew J. Donnelly
        Donnely & Valente
        231 CJC Hwy, Suite 202
        Cohasset, MA 02025

        /s/ Carey Bertrand
        Carey L. Bertrand

45077.1