UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **E.F., by his next friend and parent, GINA FIGARATTO**,<br><br>           Plaintiff<br><br>v.<br><br>**AMERICA WEST AIRLINES, INC.**,<br><br>           **Defendant** | C.A. No. 05-11391GAO |

## CERTIFICATION OF CONSULTATION

      PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR AMERICA WEST AIRLINES, INC. AND THE UNDERSIGNED AMERICA WEST AIRLINES, INC. REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
American International Aviation Agency, Inc, for
AMERICA WEST AIRLINES, INC.,

                                                                                                   By Its Attorneys,

/s/ Linda Pickron                                      /s/ Carey Bertrand
Linda Pickron                                            Maynard M. Kirpalani, BBO#273940
Senior Claims Representative                   Carey Bertrand, BBO#650496
                                                                        WILSON, ELSER, MOSKOWITZ,
                                                                        EDELMAN & DICKER LLP
                                                                        155 Federal Street
                                                                        Boston, MA 02110
                                                                        (617) 422-5300

## Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 18, 2006.

                                                              /s/ Carey Bertrand

51312.1

51312.1