## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PLYMOUTH, SS.                                    CIVIL ACTION NO. 05-11391-GA0

E. F.

          Plaintiff,

v.

AMERICA WEST AIRLINES Inc.,

          Defendant,

### JOINT STATEMENT PUSUANT TO FED.R.CIV.P.26(f) AND L.R.16.1(b)

The parties to the above-captioned matter, by and through their attorneys, hereby submit the following joint statement:

1. Pursuant to Fed.R.Civ.P.26(f) and L.R..16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P.16(b) and 26(f) the parties propose the following pretrial schedule:

    a. Required disclosures (26(a))    February 24, 2006
    b. Written discovery requests      April 28, 2006

| | | |
|---|---|---|
| c. | Motions to Amend or Supplement Pleadings | May 26, 2006 |
| d. | Non-expert disclosures by Plaintiff | June 23, 2006 |
| e. | Non-expert disclosures by Defendant | July 23, 2006 |
| f. | Final answers to expert Interrogatories by Plaintiff | July 23, 2006 |
| g. | Final answers to expert Interrogatories by Defendant | August 25, 2006 |
| h. | All discovery completed by | September 29, 2006 |
| i. | All dispositive motions filed | December 1, 2006 |

The parties have conferred and agree to consider the appointment of a Magistrate

Respectfully Submitted

/s/Matthew J. Donnelly
Matthew J. Donnelly
DONNELLY & VALENTE
231 CJC Hwy, Suite # 202
Cohasset, MA 02025
(781) 383 1011
BBO # 646286

/s/Carey Bertrand
Carey Bertrand
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110-1727
(617) 422 5300
BBO # 650496

## Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 19, 2006.

/s/ Carey Bertrand

51310.1