# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No.:05-11391-GAO

ERIC FIGARATTO, by next of friend and parent,
GINA FIGARATTO,

        Plaintiffs,

    V.

AMERICAN WEST AIRLINES, INC.
        Defendant.

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for PLAINTIFF, ERIC FIGARATTO, BY NEXT OF FRIEND AND PARENT GINA FIGARATTO, in the above referenced matter.

**Mark T. Stopa, Esq., (BBO#560264)**
STOPA & ASSOCIATES, LLC
36 Mechanic Street, Suite 208
Foxboro, Massachusetts 02035-2073
(508) 543-0600

### CERTIFICATE OF SERVICE

I, Sarah L. Fisher Fuller, hereby certify that I have this day served a copy of the foregoing **NOTICE OF APPEARANCE** by mailing a copy first class mail, postage prepaid, to all counsel of record.

Date:      June 12, 2006

              Sarah L. Fisher Fuller