UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLYMOUTH, SS.                                      CIVIL ACTION NO. 05-11391-GA0

E. F.

        Plaintiff,

v.

AMERICA WEST AIRLINES Inc.,

        Defendant,

**NOTICE OF WITHDRAWAL**

Now comes Matthew J. Donnelly, Attorney of record for the Plaintiff and pursuant to Local Rule 83.5.2 (c) hereby gives notice of his withdrawal as Attorney of record for the Plaintiff. In furtherance thereof, the attorney states that there are no hearings or conferences or trial dates currently scheduled and no reports or due and that this notice is filed together with Appearance of new counsel.

        Respectfully submitted,

        /s/ Matthew J. Donnelly
        Matthew J. Donnelly, Esq.
        DONNELLY & VALENTE
        231 CJC Hwy, Suite # 202
        Cohasset, MA 02025
        (781) 385 9821
        BBO# 646286

**CERTIFICATE OF SERVICE**

I certify that I have this day filed the forgoing document with the Court and served a copy of the same on the Defendants by First Class, United States Mail, postage prepaid and addressed to the Defendants' Attorney of Record.

        /s/ Matthew J. Donnelly
        Matthew J. Donnelly, Esq.
        Dated: June 12, 2006