# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No.:05-11391-GAO

E. F., by next of friend and parent, GINA FIGARATTO,

                Plaintiffs,

V.

AMERICAN WEST AIRLINES, INC.
                Defendant.

## PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

NOW COME the Plaintiff, who respectfully moves this Honorable Court pursuant to Fed. R. Civ. P 6(b) for an extension of time to file its motion in opposition to defendant's motion for appointment of a Guardian ad Litem. As grounds for this motion, the Plaintiff state that:

1. The Defendants moved for a guardian appointment on June 22, 2006;

2. The Defendants have assented to the Plaintiffs' request for more time to file its opposition (Rule 7.1 certification included below);

3. Undersigned counsel requires additional time to draft a response to Defendants Motion for Appointment of a Guardian;

4. The Plaintiffs request an extension until July 13, 2006, to file a response to Defendants motion for appointment of a guardian ad litem; and

5. Allowing this motion will not prejudice any party to the action and permitting the Plaintiff an extension to file its responsive motion to Defendants complaint will further the interests of justice.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court allow their motion to extend time to file its motion in Opposition to the Appointment of a Guardian ad Litem, and set the date for filing of aforementioned motion on or before July 13, 2006.

>Respectfully Submitted,
>Plaintiff, E.F.,
>By his Attorney,
>
>/s Mark T. Stopa, Esq.
>Mark T. Stopa, Esq. (BBO # 560264)
>Sarah L. Fisher Fuller (BBO#658058)
>STOPA & ASSOCIATES, LLC
>36 Mechanic Street, Suite 208
>Foxboro, Massachusetts 02035-1443
>Tel.:   (508) 543-0600
>Fax:   (508) 543-0615

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

I, **Mark T. Stopa, Esq.**, hereby certify that on this day a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the NEF.

>**/s Mark T. Stopa, Esq.**
>Mark T. Stopa, Esq.

June 29, 2006

**7.1 CERTIFICATION**

UNDERSIGNED COUNSEL certifies that on June 29, 2006 pursuant to LR, D. Mass 7.1(a) (2) she spoke with Defendants counsel Carey Bertrand, Esq., who assented to the Plaintiffs request for more time to file its opposition to defendant's motion for appointment of a guardian ad litem.

Date: June 29, 2006                                  /s Sarah L. Fisher Fuller_____
                                                      Sarah L. Fisher Fuller, Esq.