UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.F.,<br><br>   Plaintiff<br><br>v.<br><br>AMERICA WEST AIRLINES, INC.,<br><br>   Defendant | C.A. No. 05-11391GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice, waiving all rights of appeal and without costs.

Respectfully submitted,
Plaintiff,

/s/ Mark T. Stopa
Mark T. Stopa (#560264)
Stopa & Associates
36 Mechanic St., Suite 208
Foxboro, MA 02035
(508)543-0600

Defendant,
AMERICA WEST AIRLINES, INC.,

/s/ Carey Bertrand
Maynard M. Kirpalani, BBO#273940
Carey Bertrand, BBO#650496
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

### Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on February 28, 2007.

            /s/ Carey Bertrand

75590.1